No. 71–6653. NUNN *v.* COX, ACTING WARDEN. C. A. 6th Cir. Certiorari denied.

No. 71–6654. STEVENSON *v.* MONTANYE, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 71–6656. MACHADO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 71–6657. SANDERS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 71–6659. KORCZAK *v.* DIVISION OF EMPLOYMENT, COLORADO DEPARTMENT OF LABOR AND EMPLOYMENT, ET AL. Sup. Ct. Colo. Certiorari denied.

No. 71–6660. PACK, AKA PARKER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 71–6662. CARROLL *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 71–6663. HARRIS *v.* ILLINOIS. C. A. 7th Cir. Certiorari denied.

No. 71–6664. VILLAUERDA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 71–6666. SCHLANGER *v.* SEAMANS, SECRETARY OF THE AIR FORCE, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 71–6667. McDONNELL *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 71–6669. SIDDLE *v.* OHIO. Sup. Ct. Ohio. Certiorari denied.